**Opinion issued October 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-15-00372-CV

_____

### LU SHANNON SORGMAN, Appellant

### V.

### JASON MUSICK & STEVEN PRATER DBA CAPITAL CITY REAL ESTATE INVESTMENT, Appellees

---

### On Appeal from the County Court at Law No. 2
### Travis County, Texas
### Trial Court Case No. C-1-CV-15-002112

---

### MEMORANDUM OPINION

Appellant, Lu Shannon Sorgman, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.